IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ALAN JOHN JOSCUM,<br><br>　　　　　Defendant. | CR 20-30-M-DLC<br><br><br>ORDER |

　　　A jury trial in this matter is scheduled to take place on December 16, 2020. Accordingly,

　　　IT IS ORDERED that Defendant Alan John Joscum's arraignment on the Superseding Indictment is scheduled for November 30, 2020 at 11:00 a.m. at the Russell Smith Courthouse in Missoula.

　　　IT IS FURTHER ORDERED that the summons issued on November 19, 2020 is QUASHED and the Clerk of Court shall issue a new summons directing Defendant to appear for his arraignment at the designated time on November 30, 2020.

　　　DATED this 20th day of November, 2020.

　　　　　　　　　　　　　　　　　　　／s／ Kathleen L. DeSoto
　　　　　　　　　　　　　　　　　　　Kathleen L. DeSoto
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1